Tom Entimore, appellee, v. Bernard W. Snow, bailiff of the municipal court of Chicago and Gus Pihos, appellants. Gen. No. 33,984.

Opinion filed April 22, 1930.

Richard Hill, Jr. and Charles S. Milan, for appellants. Constantine Panutsos, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Peter J. Donohue, appellee, v. Trustees System Reinco Company, appellant. Gen. No. 33,994.

Opinion filed April 22, 1930.

Edward C. Wurtele, for appellant. Cooney & Verhoeven, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Isadore Berger, appellee, v. Crane Company, appellant. Gen. No. 34,003.

Opinion filed April 22, 1930. Rehearing denied May 5, 1930.

Alden, Latham & Young, for appellant; W. L. Quinlan, of counsel. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Leo Simon for use of Roll-A-Way Bed Corporation, appellee, v. N. Simon, trading as N. Simon & Company, appellant. Gen. No. 34,014.

Opinion filed April 22, 1930. Rehearing denied May 20, 1930.

Harold A. Fein, for appellant. Pennish & Rashbaum, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.